FILED

2015 Apr-30  AM 10:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

ANTONIO CHEATHAM, *et al.*,

     Plaintiffs,

vs.

COMMISSIONER JEFFERSON DUNN, *et al.*,

     Defendants.

No.: 4:14-cv-01952-VEH-HGD
**UNOPPOSED**

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

COME NOW the parties to this action and move the Court to enter an Order adopting the parties' proposed Stipulated Protective Order, a copy of which is attached as Exhibit A. On this date, pursuant to the Court's ALND Uniform Initial Order Governing All Further Proceedings (Doc. 3) the parties have submitted to the Court via email to hopkins_chambers@alnd.uscourts.gov a copy of the attached proposed Stipulated Protective Order in WordPerfect format. In support of this motion, the parties would show unto the Court the following:

1.    Discovery in this case will involve documents properly protected under the Federal Rules of Civil Procedure and applicable law.

2.     Those confidential documents include but are not limited to documents related to safety and security at St. Clair Correctional Facility located near Springville, Alabama.

3.     Entry of a protective order in this case is necessary and appropriate to expedite the flow of discovery material, facilitate the prompt resolution of disputes over confidentiality, protect adequately material entitled to be kept confidential, and ensure that protection is afforded only to material so entitled.

WHEREFORE, the parties respectfully request the Court enter an Order adopting the parties' proposed Stipulated Protective Order.

Dated: April 30, 2015.

Respectfully submitted,

/s/ Michael A. Fant
Larry B. Childs
Larry.Childs@wallerlaw.com
Michael A. Fant, Jr.
Mike.Fant@wallerlaw.com
*Attorneys for Defendants*

**OF COUNSEL:**

WALLER LANSDEN DORTCH & DAVIS, LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203
Telephone: 205-226-5700
Facsimile: 205-214-8787

/s/ Charlotte Morrison
Bryan A. Stevenson (ASB-3184-N75B)
Charlotte R. Morrison (ASB-5897-T80M)
Jennae R. Swiergula (ASB-8265-A35S)
Carla C. Crowder (ASB-8573-L74C)
Ryan C. Becker (ASB-7228-R48B)
*Counsel for Plaintiffs*

Equal Justice Initiative
122 Commerce Street
Montgomery, AL 36104
PH: (334) 269-1803
FX: (334) 269-1806
email: bstevenson@eji.org
cmorrison@eji.org
jswiergula@eji.org
ccrowder@eji.org
rbecker@eji.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2015, a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by operation of the CM/ECF system to all counsel of record.

/s/ Michael A. Fant
OF COUNSEL