# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 22, 2015

William C. Anthanas
Waller Lansden Dortch & Davis, LLP
1901 6TH AVE N STE 1400
BIRMINGHAM, AL 35203-4605

Appeal Number: 15-11882-D
Case Style: In re: Terrance McDonnell, et al
District Court Docket No: 4:14-cv-01952-VEH-HGD

The enclosed order has been entered. No further action will be taken in this matter.

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Scott O'Neal, D
Phone #: (404) 335-6189

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-11882-D

_____

In re: TERRANCE MCDONNELL,
GREG LOVELACE,
GRANT CULLIVER,
ERIC EVANS,
KAREN CARTER,
GARY MALONE,
WARDEN DEWAYNE ESTES,
in their official capacities,

                                                                                    Petitioners.

_____

On Petition for Writ of Mandamus from
the United States District Court for the
Northern District of Alabama

_____

Before: JULIE CARNES and JILL PRYOR, Circuit Judges.

BY THE COURT:

Petitioner's "Petition for a Writ of Mandamus" is DENIED.