IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

MARK DUKE, et al.,

  Plaintiffs,

vs.

COMMISSIONER JEFFERSON S. DUNN, et al.,

  Defendants.

Civil Action No: 4:14-cv-01952-VEH

**OPPOSED**

## MOTION TO FILE UNDER TEMPORARY SEAL

COME NOW Plaintiffs, through undersigned counsel, and move this Court to grant them permission to file their Brief in Support of Class Certification, expert reports by Steven Martin, Martin Horn, James Austin, and Michelle Bonner, and exhibits marked confidential under temporary seal. In support of this motion, Plaintiffs state the following:

1. Pursuant to the Stipulated Protective Order entered by this Court, any documents, including briefs that "quote, summarize, or contain material entitled to protection" are subject to the nondisclosure requirements of the Order. (Protective Order, Doc. 40, at 2.)

2. The Defendants have designated the overwhelming majority of documents they have provided in discovery as confidential.

3. Plaintiffs have sought to minimize reliance on documents Defendants designated confidential in the Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and believe that a redacted pleading complies with the Protective Order in this case.

4. Undersigned counsel spoke to Defendant's counsel to ascertain if they would oppose a motion file a redacted version of their brief in support of class certification. Defendants' counsel stated that they would take no position as to whether the Court should grant or deny Plaintiffs' motion to publicly file a redacted version of their brief. However, Defendants' counsel also stated that they remain concerned that the risk of disclosing confidential information is high.

5. Plaintiffs therefore respectfully request this Court grant them temporary permission to file the memorandum of law, expert reports, and exhibits designated as confidential under seal in order to give the Defendants' an opportunity to establish why such documents should not be made publicly available.

6. In communications with Defendants about this motion, defendants stated that the motion unfairly shifts to Defendants the burden of compliance with the court's protective order.

WHEREFORE, the Plaintiffs respectfully request the Court enter an order granting Plaintiffs' Motion to Temporarily File Under Seal.

Dated:      2/22/2016

>Respectfully submitted,
>
>/s/ Charlotte R. Morrison
>Bryan A. Stevenson (ASB-3184--N75B)
>Charlotte R. Morrison (ASB-5897-T80M)
>Jennae R. Swiergula (ASB-8265-A35S)
>Carla C. Crowder (ASB-8573-L74C)
>Ryan C. Becker (ASB-7228-R48B)
>Equal Justice Initiative
>122 Commerce Street
>Montgomery, AL 36104
>PH: (334) 269-1803
>FX: (334) 269-1806
>email: bstevenson@eji.org
>          cmorrison@eji.org
>          jswiergula@eji.org
>          ccrowder@eji.org
>          rbecker@eji.org

**Certificate of Service**

I hereby certify that on February 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Albert S. Butler
Alabama Department of Corrections
Legal Division
301 Ripley Street
P.O. Box 301501
Montgomery, AL 36130

Mike Fant
Waller Lansden Dortch & Davis LLP
AmSouth Harbert Plaza
1901 Sixth Avenue North, Suite 1400
Birmingham, AL 35203

/s/ Charlotte Morrison
Charlotte Morrison