IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

MARK DUKE, et al., *
\*
    Plaintiffs, *   Civil Action No: 4:14-cv-01952-VEH
\*
    vs. *
\*
JEFFERSON DUNN, Commissioner, *
Alabama Department of *
Corrections, et al., *
\*
    Defendants. *

_____

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION**

_____


EXHIBIT 1:    Report of Plaintiffs' Expert James Austin (Feb. 19, 2016)

EXHIBIT 2:    Warden Estes Deposition (Dec. 16, 2015) 1-3, 28-29, 31-45, 58-62, 99, 109, 121, 133-34, 158, 183-85, 187, 202-03, 206-09, 243-47, 268-69, 291, 305-06, 313-17, 328-29, 331-32, 344, 357, 367, 371-72, Exs. 6 , 7, 9, 10, 11, 17, 18, 19

EXHIBIT 3:    Report of Plaintiffs' Expert Steve J. Martin (Feb. 18, 2016)

EXHIBIT 4:     Report of Plaintiffs' Expert Martin F. Horn (Feb. 18, 2016)

EXHIBIT 5:    Captain Malone Deposition (Dec. 18, 2015) 1-3, 21, 25-26, 105, 192-93, 262-66, 268-71, 284-92, 294, 333-42, 355-58, 363-66, 442-43, 453-55 459-60, 463, 494-98

EXHIBIT 6:   Lauren Walsh, *ADOC Commissioner: Overcrowding, understaffing breeding violence at St. Clair Prison*, WBMA, (Dec. 10, 2015)

EXHIBIT 7:   ▓▓▓▓▓ Declaration SCP_02967-69

EXHIBIT 8:   ▓▓▓▓▓▓▓▓▓▓
*Under Seal*

EXHIBIT 9:   ▓▓▓▓, *Guards "outnumbered" at St. Clair Correctional Facility*, FACEBOOK, Oct. 17, 2015, ▓▓▓▓▓▓

EXHIBIT 10:  ▓▓▓▓▓▓▓▓▓▓
*Under Seal*

EXHIBIT 11:  ▓▓, *The Truth About St. Clair,* FACEBOOK, Apr. 19, 2015

EXHIBIT 12:  David Wise Declaration, SCP_02963-66

EXHIBIT 13:  ▓▓▓▓▓▓▓▓▓▓
*Under Seal*

EXHIBIT 14:  ▓▓▓▓▓ Declaration SCP_02955-58

EXHIBIT 15:  ▓▓▓▓▓ Declaration SCP_02869-70

EXHIBIT 16:  ▓▓▓▓▓ Declaration SCP_02778-80

EXHIBIT 17:  ▓▓▓▓▓ Declaration SCP_02843-46

EXHIBIT 18:  ▓▓▓▓▓ Declaration SCP_02832-33

EXHIBIT 19: ▇▇▇▇▇▇ Declaration SCP_02804-06

EXHIBIT 20: ▇▇ Declaration SCP_02951-54

EXHIBIT 21: <u>Johnson v. Mangoine,</u> No 113-cv-01928-RPB-SGC (N.D. Ala. 2013), SCP_0231-44

EXHIBIT 22: Allan Williams Deposition (Sep. 24, 2015) 1-3, 38-39, 204, 222-23, 256-58

EXHIBIT 23: Carol Robinson, *State inmate stabbed to death in Sunday night fight at St. Clair prison*, AL.com, Aug. 12, 2013

EXHIBIT 24: Jeremy Gray, *Slaying of St. Clair County prison inmate under investigation*, AL.com, May 9, 2012

EXHIBIT 25: <u>Howlet v. Davenport,</u> No. 4:09-cv-00732-RDP-HGD (N.D. Al. June 6, 2014), SCP_0215-223

EXHIBIT 26: Robin Demonia, *Alabama prison violence rising in overcrowded system*, AL.Com at 3, June 3, 2012

EXHIBIT 27: Compl. <u>Moss v. Davenport</u>, No. 4:11-cv-01397-KOB-RRA at 3 (N.D. Al. Apr. 26, 2011)

EXHIBIT 28: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
*Under Seal*

EXHIBIT 29: *Inmate stabbed to death at St. Clair Correctional Facility; second stabbing in week*, Al.com; Nov. 9, 2015

EXHIBIT 30: ▇▇▇▇▇▇ Declaration SCP_02859-61

EXHIBIT 31: ▇▇▇▇▇▇ Declaration SCP_02757-59

EXHIBIT 32: ▇▇▇▇▇▇ Declaration SCP_02722-24

EXHIBIT 33:   ███████   Declaration SCP_2839-41

EXHIBIT 34:   ████████████████████████████████
*Under Seal*

EXHIBIT 35:   ███████   Decl. SCP_02692-94

EXHIBIT 36:   ███████   Declaration SCP_02707-09

EXHIBIT 37:   ███████   Declaration SCP_02714-16

EXHIBIT 38:   ███████   Declaration SCP_02731-33

EXHIBIT 39:   █████████   Declaration SCP_02749-51

EXHIBIT 40:   ███████   Declaration  SCP_02771-72

EXHIBIT 41:   ████████   Declaration SCP_02788-90

EXHIBIT 42:   ████████   Declaration SCP_02796-98

EXHIBIT 43:   ██████   Declaration SCP_02800-02

EXHIBIT 44:   ████████   Declaration SCP_02828-30

EXHIBIT 45:   █████████   Declaration SCP_02835-37

EXHIBIT 46:   ███████   Declaration SCP_02876-78

EXHIBIT 47:   ███████   Declaration SCP_02886-87

EXHIBIT 48:   ██████   Declaration SCP_02792-94

EXHIBIT 49:   ████   Declaration  SCP_02938-40

EXHIBIT 50:   ████████████████████
*Under Seal*

EXHIBIT 51:     ▉▉▉▉▉▉▉ Declaration SCP_02944-47

EXHIBIT 52:     Dale Gilley Deposition (Sep. 25, 2015) 1-3, 44-46, 76, 132-35

EXHIBIT 53:     ▉▉▉ Declaration SCP_02906-09

EXHIBIT 54:     Michael McGregor Deposition (Sept. 22, 2015) 1-3, 47, 76-77, 80-82, 88, 103-16, 153-54

EXHIBIT 55:     Frankie Johnson Deposition (Sep. 21, 2015) 1-3, 101-04, 106, 299-308, 339-40

EXHIBIT 56:     ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

*Under Seal*

EXHIBIT 57:     ▉▉▉▉▉▉▉ FACEBOOK, Dec. 20, 2013

EXHIBIT 58:     ▉▉▉▉, FACEBOOK, Sep. 22, 2015

EXHIBIT 59:     ▉▉▉▉▉▉▉ Declaration SCP_02854-55

EXHIBIT 60:     ▉▉▉▉▉ Decl. SCP_02762

EXHIBIT 61:     ▉▉▉▉▉▉▉ Declaration SCP_02884

EXHIBIT 62:     Dixon Hayes, *Sen. Ward, state commissioner tour St. Clair prison*, MyFoxAl.Com Mar. 16, 2012

EXHIBIT 63:     ▉▉▉▉▉▉ Medical Records SCP_02995

EXHIBIT 64:     Adam Ganucheau, *Inmate stabbed to death at St. Clair Correctional Facility; second stabbing in week*, Al.com, Nov. 9, 2015

EXHIBIT 65:     ▉▉▉▉▉▉▉ Medical Records SCP_02773-02775

EXHIBIT 66:     ▉▉▉▉▉▉▉ Medical Records SCP_02866

5

EXHIBIT 67:    ███████████ Decl. SCP_02726-27

EXHIBIT 68:    ███████████ Medical Records SCP_02900

EXHIBIT 69:    ███████████ Medical Records SCP_02996

EXHIBIT 70:    ██████████ Medical Records SCP_02989

EXHIBIT 71:    ████████████████ Medical Records SCP_02819-21

EXHIBIT 72:    ██████████ Medical Records SCP_02851

EXHIBIT 73:    ████████████ Medical Records SCP_03137

EXHIBIT 74:    ██████████ Medical Records SCP_02809

EXHIBIT 75:    ██████████ Medical Records SCP_02874

EXHIBIT 76:    ████████ ADOC Inmate Summary Sheet

EXHIBIT 77:    ██████████ Medical Records SCP_02856

EXHIBIT 78:    ████████████ Medical Records, SCP_03001

EXHIBIT 79:    Plaintiffs' Second RFP, request number 16

EXHIBIT 80:    ADOC Inmate Search Result

EXHIBIT 81:    ███ Rape Crisis Center Pamphlet SCP_02925-37

EXHIBIT 82:    ███ Decl. SCP_02735-37

EXHIBIT 83:    Report of Plaintiffs' Expert Michelle Bonner (Feb. 22, 2016)

EXHIBIT 84:    ████ Medical Records SCP_02970-84

EXHIBIT 85:    ███ Decl. SCP02959-62

| | |
|---|---|
| EXHIBIT 86: | ▓▓ Decl. SCP02753-55 |
| EXHIBIT 87: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *Under Seal* |
| EXHIBIT 88: | 2012 EJI Report On Tutwiler, SCP_03257-59 |
| EXHIBIT 89: | NIC Report, SCP_03221-56 |
| EXHIBIT 90: | DOJ Report, SCP_03273-3308 |
| EXHIBIT 91: | 2013 EJI Report on Men's Facilities SCP_03266-68 |
| EXHIBIT 92: | Warden Evans' Interrogatory Answers |
| EXHIBIT 93: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *Under Seal* |
| EXHIBIT 94: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *Under Seal* |
| EXHIBIT 95: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *Under Seal* |
| EXHIBIT 96: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *Under Seal* |
| EXHIBIT 97: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *Under Seal* |
| EXHIBIT 98: | Casey Toner, *Prison Secrets: AL.com Investigation Finds Prison Bosses Have Little to Fear From Breaking the Rules*, The Birmingham News, (June 21, 2014 |
| EXHIBIT 99: | ▓▓▓▓▓▓▓▓ Declaration SCP_02682-84 |
| EXHIBIT 100: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *Under Seal* |

EXHIBIT 101:    ████████  Declaration SCP_02718-20

EXHIBIT 102:    James Edwards Deposition (Sep. 23, 2015) 1-3, 93, 99-100, 138, 141-42, 164-66, 205

EXHIBIT 103:    RESEARCH AND PLANNING DIV., ADOC, MONTHLY STATISTICAL REPORT FOR OCT. 2015 3 (2015)

EXHIBIT 104:    Mark Duke Deposition (Sep. 23, 2015), 1-3, 146-149, 167, 193-94

EXHIBIT 105:    Robert Woods Deposition (Sep. 25, 2015), 1-3, 40, 42-43, 124-26, 158-63  195-95

EXHIBIT 106:    Michael Mays Deposition (Sep. 21-22, 2015), 1-3, 13, 36, 113, 241-42, 245-46, 249, 251-52

EXHIBIT 107:    Declaration of Bryan Stevenson

"Undersigned counsel certifies that they currently hold the original signature documents with all the formalities of Plaintiffs' and class members' declarations, Bryan Stevenson's declaration, and the reports by Steven Martin, Martin Horn, James Austin, and Michelle Bonner."