# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MARK DUKE, *et al.*, | |
| Plaintiffs, | |
| vs. | No.: 4:14-cv-01952-VEH-HGD |
| COMMISSIONER JEFFERSON DUNN, *et al.*, | |
| Defendants. | |

## NOTICE OF SETTLEMENT AND REQUEST
## FOR ADMINISTRATIVE CLOSURE

COME NOW all Plaintiffs and all Defendants, jointly, by and through their counsel of record to inform the Court that the parties have settled this matter in a private settlement agreement pursuant to 18 U.S.C. §3626(c)(2). In order to facilitate the agreement, the parties jointly request that this Court administratively close the case until the agreement terminates on November 1, 2019, unless the case is reinstated before that date in the manner described herein.

In support of this request, the parties state the following:

1.      On November 1, 2017, all parties via respective counsel reached a resolution and executed a private settlement agreement.

2.      The parties request that this Court administratively close the case in order to allow the parties to carry out the agreement.  The parties further request that the administrative closure remain in effect for the term of agreement (2 years) at which time the case will be dismissed unless, during the two year term, a motion for reinstatement is made and granted according to the procedures outlined in "Section 5. Dispute Resolution" of the private settlement agreement.

3.  This Court will retain jurisdiction over this matter for the sole purpose of the potential reinstatement of the case pursuant to 18 U.S.C. 3626(c)(2).

4.  The Parties will not seek and will object to any Federal court enforcement of this Agreement, adoption or approval of this Agreement, and any order retaining jurisdiction over this matter or the Agreement with the sole exception being stated above.  The Parties are not asking the Court to adopt the agreement as a consent decree or to retain jurisdiction over its terms for court enforcement or to otherwise approve the agreement.  Nor do the parties ask the Court to retain jurisdiction to enforce the terms of the agreement.

Wherefore, all parties request this Court administratively close this case until November 1, 2019, or until, within the two year term, the case is reinstated after a motion to reinstate the case is made and granted in accordance with the private settlement agreement and 18 U.S.C. §3626(c)(2).

Jointly submitted this day, the 1st day of December, 2017.

s/ Charlotte R. Morrison
Charlotte R. Morrison
**Equal Justice Initiative**
122 Commerce Street
Montgomery, AL 36104
PH: (334) 269-1803; FX: (334) 269-1806
email:  cmorrison@eji.org

*Counsel for the Plaintiffs*

/s/ Bart Harmon
Bart Harmon
**ADOC Legal Division**
301 S. Ripley St
Montgomery, Alabama  36130
PH: (334) 353-3881; FX: (334) 353-3891
bart.harmon@doc.alabama.gov

*Counsel for the Defendants*