# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MARK DUKE, et al., | * |
| Plaintiffs, | * |
| vs. | * Civil Action No: 4:14-cv-01952-VEH |
| COMMISSIONER JEFFERSON S. DUNN, et al., | * |
| Defendants. | * |

## JOINT REQUEST TO STAY

Come now all parties to the above entitled action and jointly request this Court enter a nine (9) month stay of this case while the Parties work to resolve the <u>Duke</u> action. The Parties further request this Court retain jurisdiction to either reinstate the <u>Duke</u> action and/or enforce a resolution that the Parties mutually agree upon. In support of this request, the parties state the following:

1. Plaintiffs filed a class action complaint on behalf of the men incarcerated at St. Clair Correctional Facility ("St. Clair") alleging that the Alabama Department of Corrections ("ADOC") failed to reasonably protect prisoners at St. Clair from known dangerous conditions, including overcrowding, understaffing, non-functioning locks, blind spots, uncontrolled movement, pervasive weapons contraband, and dangerous housing practices. Plaintiffs sued on their own behalf and on behalf of current and future inmates of the prison, alleging that ADOC policies and practices place all prisoners at substantial risk of physical harm.

2. Prior to any consideration by the Court of Plaintiffs' request for the certification of any class of prisoners, Plaintiff's motion for summary judgment, or the merits of Plaintiffs' claims in the Duke matter, the parties entered a Private Settlement Agreement on November 1, 2017 and requested the Court administratively close the case but retain jurisdiction until the Agreement terminated. (Doc. 180).

3. On December 5, 2017, this Court entered an order administratively closing the case and retaining this Court's jurisdiction for the purpose of potential reinstatement of the case pursuant to 18 U.S.C. 3626(c)(2). (Doc. 181).

1

4. In 2018, Plaintiffs initiated the Agreement's dispute resolution process and engaged in extensive mediation with the State as was outlined in the Agreement. Plaintiffs' position is that the State has failed to substantially comply with the promises made in that Agreement and that the dangerous conditions at St. Clair continue to place all prisoners at substantial risk of physical harm.   The State denies Plaintiffs' allegations and maintains that it worked in good faith to comply with the terms and conditions in the Agreement; however,.   The State further maintains that the State's performance of its obligations were certainly frustrated for a variety of reasons – some of which were beyond the control of the State.

5. In June 2019, the State entered into a mediation process with the Department of Justice ("DOJ") on issues that overlap with the issues identified at St. Clair.   In a good faith effort to reach solutions for what Plaintiffs allege are unconstitutional conditions at St. Clair, Plaintiffs have agreed to stay reinstatement of the case on the terms included in the attached Agreement. See Exhibit 1, Agreement (Oct. 29, 2019).

6. The Agreement provides for a nine (9) month period for the Parties to reach mutually acceptable resolution of the issues giving rise to the Duke action. The agreement also provides for the case to be reinstated pursuant to 18 U.S.C. § 3626(c)(2).

7. The parties mutually request that this Court continue to stay this matter and retain jurisdiction to either reinstate the Duke action and/or enforce a resolution that the Parties mutually agree upon.

Wherefore, all parties request that this Court enter a nine (9) month stay.

**Dated: October 29, 2019**

| | |
|---|---|
| /s/ Charlotte Morrison | /s/Bart Harmon |
| Charlotte Morrison | Bart Harmon |
| Equal Justice Initiative | Alabama Department of Corrections |
| 122 Commerce Street | 301 South Ripley |
| Montgomery, AL 36104 | Montgomery, AL 36130 |
| PH: (334) 269-1803 | PH: (334) 353-3883 |
| cmorrison@eji.org | bart.harmon@doc.alabama.gov |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

2