FILED
2019 Oct-30  AM 11:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| MARK DUKE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CV No: 4:14-cv-01952-VEH |
| | ) |
| COMMISSIONER JEFFERSON S. | ) |
| DUNN, et al., | ) |
| | ) |
| Defendants. | ) |

## STAY ORDER

On October 29, 2019, the Parties notified the Court that they are continuing to work on acceptable resolution of the issues giving rise to the Duke action and asked the Court to stay this matter for a nine (9) month period. (Doc. 184). Upon due consideration, and in accordance with the wishes of the parties as set out in document 184, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Clerk of Court shall stay this matter for nine (9) months, until August 1, 2019.

**DATED** this 30th day of October, 2019.

_John E. Ott_
_____
**JOHN E. OTT**
Chief United States Magistrate Judge