# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MARK DUKE, et al., | |
| Plaintiffs, | Civil Action No: 4:14-cv-01952-VEH |
| | **Unopposed** |
| vs. | |
| JEFFERSON DUNN, Commissioner, Alabama Department of Corrections, et al., | |
| Defendants. | |

## MOTION TO REINSTATE CASE

Plaintiffs, through undersigned counsel, respectfully move to reinstate this case pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, 18 U.S.C. § 3626(c)(2), ¶¶ 86-91 of the Parties 2017 Settlement Agreement, ¶ 4 of the Parties 2019 Settlement Agreement, and the extension of the agreements authorizing plaintiffs to move to reinstate the case. See Doc. 184, Ex. 1; Doc. 194; Doc. 196. In support of this motion, Plaintiffs state the following:

1.  Plaintiffs have determined that the claims and conditions alleged in the Duke Complaint have not been addressed. Doc. 184, Ex. 1, ¶ 4.

2.  Plaintiffs provided the Defendants with 10 days calendar notice of their

intent to reinstate the Duke action. Doc. 184, Ex. 1, ¶ 4.

3.	This motion is filed unopposed pursuant to ¶ 4 of the Parties 2019 Agreement, wherein the Defendants agreed "that, so long as Plaintiffs comply with the above 10-day notice requirement, the State will not oppose a motion to reinstate the Duke litigation." Doc. 184, Ex. 1, ¶ 4; Doc. 194; Doc. 196; Doc. 197.

THEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs' motion to reinstate the case and return the case to the active docket. Upon granting of the order reinstating the case, the Parties "will jointly submit to the Court a proposed scheduling order, including deadlines for the submission of an amended complaint." Doc. 184, Ex. 1, ¶ 4.

        Respectfully submitted,

        /s/ Charlotte Morrison
        Bryan A. Stevenson (ASB-3184-N75B)
        Charlotte R. Morrison (ASB-5897-T80M)
        Ryan C. Becker (ASB-7228-R48B)
        Equal Justice Initiative
        122 Commerce Street
        Montgomery, AL 36104
        PH: (334) 269-1803
        FX: (334) 269-1806
        Email: bstevenson@eji.org
             cmorrison@eji.org
             rbecker@eji.org

Date: January 29, 2021        *Counsel for Plaintiffs*

## Certificate of Service

      I hereby certify that on January 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>William R. Lunsford
>Matthew B. Reeves
>La Keisha W. Butler
>**Maynard, Cooper & Gale P.C.**
>655 Gallatin Street
>Huntsville, Alabama 35801
>Telephone: (256) 551-0171
>Facsimile: (256) 512-0119
>blunsford@maynardcooper.com
>mreeves@maynardcooper.com
>lbutler@maynardcooper.com
>
>Mary-Coleman M. Roberts
>Bart Harmon
>**Alabama Department of Corrections**
>301 Ripley Street
>Post Office Box 301501
>Montgomery, Alabama 36130
>Telephone: (334) 353-3889
>Facsimile: (334) 353-3891
>marycoleman.roberts@doc.alabama.gov
>bart.harmon@doc.alabama.gov
>
>Counsel for the ADOC Officials

      /s/Charlotte Morrison

      COUNSEL