# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **MARK DUKE, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 4:14-cv-01952-RDP-JHE |
| ) | |
| **JEFFERSON S. DUNN, et al.,** ) | |
| ) | |
| **Defendants** ) | |

## ORDER

On January 29, 2021, Plaintiffs filed a Motion to Reinstate this action. (Doc. # 198). In their Motion, Plaintiffs state the "claims and conditions alleged" in their complaint have not been addressed, and the court should reinstate this action pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, 18 U.S.C. § 3626(c)(2), and the parties' 2017 settlement agreement (Docs. # 181, 198). The Motion is unopposed.

Plaintiffs' Motion (Doc. # 198) is **GRANTED**. The December 1, 2017 dismissal order (Doc. # 181) is **VACATED**, and this action is **REINSTATED**.

**DONE** and **ORDERED** this April 15, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE