UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MARK DUKE, *et al.*,<br><br>                               Plaintiffs,<br><br>-against-<br><br>JEFFERSON DUNN, *et al.*,<br><br>                               Defendants. | Case No. 4:14-CV-1952-RDP<br>**UNOPPOSED** |

# MOTION FOR LEAVE TO FILE PROPOSED THIRD AMENDED AND SUPPLEMENTAL COMPLAINT

Plaintiffs respectfully move the Court for leave to amend and supplement their Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a) and 15(d), and to substitute defendants acting in their official capacity pursuant to Federal Rule of Civil Procedure 25(d). A copy of the proposed Third Amended and Supplemental Complaint is attached as Exhibit A hereto. As grounds for this motion, Plaintiffs state as follows:

1. Plaintiffs initiated this action and filed their Class Action Complaint on October 13, 2014. (Dkt. No. 1.) On July 10, 2015, Plaintiffs filed their First Amended Complaint. (Dkt. No. 43.) On August 28, 2015, Plaintiffs filed their Second Amended Complaint ("SAC"). (Dkt. No. 53.)

2. On December 1, 2017, the parties entered into a private settlement agreement and filed a Notice of Settlement and Request for Administrative

Closure. (Dkt. No. 180.) After Defendants failed to remedy the conditions of confinement giving rise to Plaintiffs' claims, on January 29, 2021, Plaintiffs moved to reinstate this action. (Dkt. No. 198.) On April 15, 2021, the Court reinstated the action and vacated the prior dismissal order. (Dkt. No. 202.)

3. On October 7, 2021, the Court held a Rule 16(b) conference, wherein Plaintiffs indicated their intent to supplement their pleading.

4. As a result of the passage of time between the filing of the SAC and the reinstatement of this action, Plaintiffs and their counsel have obtained additional factual information they wish to supplement into their pleading pursuant to Rule 15(d). "On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). Rule 15(d) "is intended to give the court broad discretion in allowing a supplemental pleading." Fed. R. Civ. P. 15(d) advisory committee's note to 1963 amendment. "[I]n keeping with the overarching flexibility of Rule 15," courts "customarily have treated requests to supplement under Rule 15(d) liberally." *W. Alabama Women's Ctr. v. Miller*, 318 F.R.D. 143, 147 (M.D. Ala. 2016) (internal citations and quotations omitted). "[I]t is clear that leave to supplement the complaint should be freely given, absent bad faith, undue delay, undue prejudice to the nonmovant, or dilatory motive on

behalf of the movant." *Chao v. Tyson Foods, Inc.*, 2009 WL 10687920, at *2 (N.D. Ala. Jan. 16, 2009). Because Plaintiffs seek to add factual allegations concerning events that occurred after the filing of the SAC, filing a supplemental pleading under Rule 15(d) is appropriate. *See Harris v. Garner*, 216 F.3d 970, 987 n.6 (11th Cir. 2000) (Tjoflat, J., concurring) ("Only prior events are properly treated as amendments under Rule 15(a).").

5. The additional factual allegations relate to Plaintiffs' Eighth Amendment claims and consist of additional acts or omissions, including further incidents of prisoner-on-prisoner violent assaults, prisoner-on-prisoner sexual assaults and officers' use of excessive force, which further support Plaintiffs' claims and demonstrate the ongoing unconstitutional conditions of confinement at St. Clair. Such supplementation is appropriate under Rule 15(d).

6. The scope of Plaintiffs' claims is unchanged from the existing complaint (the SAC). Plaintiffs have broken out their existing Eighth Amendment claim into three claims, each under the Eighth Amendment and each with specific cross-references to the paragraphs with supporting factual allegations, so as to avoid any potential concern regarding "shotgun pleading." *See Weiland v. Palm Beach Cty. Sherriff's Office*, 792 F.3d 1313 (11th Cir. 2015).

7. Plaintiffs and their counsel further wish to amend the SAC under Rule 15(a) to the extent necessary to join Robert Carlisle, Nathaniel Harris, Benny Jones

3

and Johnny Young—putative class members who wish to participate as named class representatives and additional named Plaintiffs alongside existing named Plaintiffs.  Plaintiffs James Edwards and Michael McGregor have been released from ADOC custody and are no longer plaintiffs in the proposed Third Amended and Supplemental Complaint.

8. Further, pursuant to Fed. R. Civ. P. 25(d), Plaintiffs provide notice of substitution as parties in their official capacity of the persons who currently occupy the offices of certain individuals previously named in the SAC who are no longer public officers at ADOC.  Dennis Stamper, Steve Watson, Jenny Abbott, Edward Ellington, Guy Noe, Phillip Mitchell, Darrel Fox and Christopher Webster are hereby substituted as defendants, in their official capacity, in place of Terrance G. McDonnell, Greg Lovelace, Grantt Culliver, Dewayne Estes, Eric Evans, Karen Carter and Carl Sanders.

9. Plaintiffs' proposed amended and supplemental pleading will not cause any prejudice to Defendants or undue delay.  Defendants have indicated that they do not oppose this motion.

For the foregoing reasons, the undersigned respectfully requests that Plaintiffs be granted leave to file their proposed Third Amended and Supplemental Complaint.

Dated:  November 5, 2021

/s/ Charlotte R. Morrison
Charlotte R. Morrison
Equal Justice Initiative
122 Commerce Street
Montgomery, Alabama 36104
Telephone:  (334) 269-1803
Facsimile:  (334) 269-1806
cmorrison@eji.org

/s/ Antony L. Ryan
Antony L. Ryan
Lauren M. Rosenberg
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
aryan@cravath.com
lrosenberg@cravath.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MARK DUKE, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>JEFFERSON DUNN, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 4:14-CV-1952-RDP |

## **[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE PROPOSED THIRD AMENDED AND SUPPLEMENTAL COMPLAINT**

IT IS HEREBY ORDERED this _____ day of _____, 2021, that Plaintiffs' Motion for Leave to File Third Amended and Supplemental Complaint is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Third Amended and Supplemental Complaint attached to the Motion as Exhibit A shall be deemed filed and served as of the date of this Order. The Clerk of Court is directed to change the case caption as follows:

| | |
|---|---|
| MARK DUKE; DALE GILLEY; FRANKY JOHNSON; MICHAEL MAYS; JOHN MILLER; ALLAN WILLIAMS; ROBERT WOODS; ROBERT CARLISLE; NATHANIEL HARRIS; BENNY JONES; and JOHNNY YOUNG, on behalf of themselves and all others similarly situated, | Case No. 4:14-CV-1952-RDP |

|  |  |
|---|---|
| Plaintiffs,<br><br>-against-<br><br>COMMISSIONER JEFFERSON S. DUNN; DEPUTY COMMISSIONER DENNIS W. STAMPER; ASSOCIATE COMMISSIONER STEVE WATSON; DIRECTOR JENNY ABBOTT; INSTITUTIONAL COORDINATOR EDWARD ELLINGTON; WARDEN GUY NOE; ASSISTANT WARDEN PHILLIP MITCHELL; ASSISTANT WARDEN DARREL FOX; CAPTAIN CHRISTOPHER WEBSTER; and CAPTAIN GARY MALONE, in their official capacities,<br><br>Defendants. |  |

Dated: November \_\_\_\_, 2021

_____
Hon. R. David Proctor, Jr.
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify on the 5th day of November, 2021, I electronically filed the foregoing Motion for Leave to File Proposed Third Amended and Supplemental Complaint using the CM/ECF system, which will send notification of such filing to the following counsel of record (listed below).

William R. Lunsford
Matthew B. Reeves
La Keisha Butler
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone:  (256) 551-0171
Facsmile:  (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
lbutler@maynardcooper.com

Mary-Coleman M. Roberts
Bart Harmon
Alabama Department of Corrections
301 Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130
Telephone:  (334) 353-3889
Facsmile:  (334) 353-3891
marycoleman.roberts@doc.alabama.gov
bart.harmon@doc.alabama.gov

Respectfully submitted,

/s/ Antony L. Ryan