FILED

2022 Mar-18  PM 05:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MARK DUKE, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> JOHN HAMM, *et al.*, <br><br> Defendants. | Case No. 4:14-CV-1952-RDP <br> **OPPOSED** |

**MOTION TO STRIKE DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO PARTIAL MOTION TO DISMISS THE FOURTH AMENDED AND SUPPLEMENTAL COMPLAINT**

      Plaintiffs respectfully move the Court for an order striking as untimely the ADOC Officials' Reply to Plaintiffs' Response to Partial Motion to Dismiss the Fourth Amended and Supplemental Complaint ("Motion to Dismiss Reply").  (Doc. 277.)  Counsel for Plaintiffs have conferred with counsel for Defendants, who stated that they oppose the motion without providing a justification for their late-filed Motion to Dismiss Reply.  As grounds for this motion, Plaintiffs state the following:

      1.      On February 21, 2022, Defendants filed their Partial Motion to Dismiss Plaintiffs' Fourth Amended and Supplemental Complaint ("Motion to Dismiss").  (Doc. 271.)

      2.      On February 23, 2022, the Court directed the parties to "brief the Motion in accordance with Exhibit B to the Court's Initial Order".  (Doc. 273.)  Exhibit B to the Court's Initial Order provides that "[t]he opponent's responsive brief shall be filed no later than ten (10) calendar days" after the initial motion, and "[t]he movant's reply brief shall be filed no later than five (5) calendar days after the date on which the opponent's responsive brief is filed".  (Doc. 250, p. 24.)

3.      Consistent with the Court's Initial Order and the February 23, 2022 Order (collectively, "the Scheduling Orders"), Plaintiffs filed their Opposition to Defendants' Partial Motion to Dismiss the Fourth Amended and Supplemental Complaint on March 3, 2022, which was ten days after Defendants filed the Motion.  (Doc. 275.)

4.      Pursuant to the Scheduling Orders, Defendants' reply brief was due on March 8, 2022, which was five days after Plaintiffs filed their Opposition.  However, Defendants did not file a reply brief on March 8.  Nor did Defendants move for an extension of time to file their reply or contact Plaintiffs regarding the need for an extension at any time.

5.      On March 17, 2022, without seeking the Court's leave or contacting Plaintiffs, Defendants filed their Motion to Dismiss Reply.  This brief is nine days late and should be stricken.  *See, e.g.*, *Dokes v. LTD Fin. Servs., L.P.*, 328 F. Supp. 3d 1270, 1272 n.1 (N.D. Ala. 2018) (explaining that the court did not consider the defendants' reply brief because they filed it "a week after th[e] deadline without being granted or even requesting an extension of time"); *Keith v. Naglich*, No. 17-cv-01437-AKK, 2018 WL 513344, at *1 n.1 (N.D. Ala. Jan. 23, 2018) (striking *sua sponte* a response brief filed after the deadline without seeking leave of the court); *Univalor Trust, SA v. Columbia Petroleum LLC*, No. 15-cv-00414-KD-C, 2017 WL 2306491, at *4 (S.D. Ala. May 25, 2017) (granting motion to strike response that was eight days late).

6.      Defendants cannot claim ignorance of the March 8, 2022 deadline for their Motion to Dismiss Reply given that (a) the Court's February 23, 2022 Order explicitly directed the parties to brief the Motion to Dismiss in accordance with the schedule set forth in Exhibit B to the Initial Order and (b) just over two months ago, Defendants complied with the timing for reply briefs set forth in Exhibit B to the Court's Initial Order when they filed their Reply to

2

Plaintiffs' Response to Partial Motion to Dismiss the Third Amended and Supplemental Complaint (Doc. 258).

      For the foregoing reasons, Plaintiffs respectfully submit that the Court should strike Defendants' Motion to Dismiss Reply.

Dated:  March 18, 2022

<div style="margin-left: 40%;">

/s/ Charlotte R. Morrison
Charlotte R. Morrison
Equal Justice Initiative
122 Commerce Street
Montgomery, Alabama 36104
Telephone:  (334) 269-1803
Facsimile:  (334) 269-1806
cmorrison@eji.org

/s/ Antony L. Ryan
Antony L. Ryan (*pro hac vice*)
Lauren M. Rosenberg (*pro hac vice*)
Helam Gebremariam (*pro hac vice*)
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
aryan@cravath.com
lrosenberg@cravath.com
hgebremariam@cravath.com

*Counsel for Plaintiffs*

</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MARK DUKE, *et al.*,<br><br>                                      Plaintiffs,<br><br>                  -against-<br><br>JEFFERSON DUNN, *et al.*,<br><br>                                      Defendants. | Case No. 4:14-CV-1952-RDP |

**[PROPOSED] ORDER ON MOTION TO STRIKE DEFENDANTS' REPLY**

IT IS HEREBY ORDERED this _____ day of _____**,** 2022, that Plaintiffs'

Motion to Strike Defendants' Reply to Plaintiffs' Response to Partial Motion to Dismiss the

Fourth Amended and Supplemental Complaint is GRANTED.


Dated: March ____, 2022


                                   _____

                                   Hon. R. David Proctor, Jr.
                                   United States District Judge

**<u>Certification</u>**

I, Antony L. Ryan, hereby certify as an officer of the court that I have affirmatively and diligently sought to submit to the court only those documents, factual allegations, and arguments that are material to the issues to be resolved in the motion, that careful consideration has been given to the contents of all submissions to ensure that the submissions do not include vague language or an overly broad citation of evidence or misstatements of the law, and that all submissions are non-frivolous in nature.

Respectfully submitted,

<u>/s/ Antony L. Ryan</u>

**<u>Certificate of Service</u>**

I hereby certify on the 18th day of March, 2022, I electronically filed the foregoing

Motion to Strike Defendants' Reply to Plaintiffs' Response to Partial Motion to Dismiss the

Fourth Amended and Supplemental Complaint using the CM/ECF system, which will send

notification of such filing to the following counsel of record (listed below).

William R. Lunsford
Matthew B. Reeves
La Keisha Butler
M. Landon Whatley
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, AL 35801
Telephone:  (256) 551-0171
Facsmile:  (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
lbutler@maynardcooper.com
lwhatley@maynardcooper.com

Anne A. Hill
Deputy Attorney General
State of Alabama
Office of the Attorney General
501 Washington Ave.
Montgomery, Alabama 36104
Telephone:  (334) 242-7491
Facsimile:  (334) 353-8400
anne.hill@alabamaag.gov

Mary-Coleman M. Roberts
Bart Harmon
Alabama Department of Corrections
301 Ripley Street
Post Office Box 301501
Montgomery, AL 36130
Telephone:  (334) 353-3889
Facsmile:  (334) 353-3891
marycoleman.roberts@doc.alabama.gov
bart.harmon@doc.alabama.gov

Respectfully submitted,

/s/ Antony L. Ryan