IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARK DUKE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 4:14-cv-01952-RDP |
| ) | |
| JOHN HAMM, *et al.*, ) | [UNOPPOSED] |
| ) | |
| Defendants. ) | |

### THE ADOC OFFICIALS' MOTION FOR LEAVE TO DEPOSE INCARCERATED PERSONS

Pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, Defendants John Hamm ("Commissioner Hamm"), Dr. Wendy Williams ("Dr. Williams"), Jenny Abbott ("Abbott"), Edward Ellington ("Ellington"), Guy Noe ("Noe"), Darrel Fox ("Fox"), Phillip Mitchell ("Mitchell"), Omar Parker ("Parker") and Bradley Howard ("Howard" and, together with Commissioner Hamm, Dr. Williams, Abbott, Ellington, Noe, Fox, Mitchell, and Parker, the "ADOC Officials")  respectfully request that this Court grant the ADOC Officials leave to take the depositions of incarcerated persons.  The ADOC Officials further state as follows:

1.Plaintiff Benny Jones ("Plaintiff Jones") is currently incarcerated within the Alabama Department of Corrections.  Plaintiff Jones' deposition is scheduled to take place at Limestone Correctional Facility on June 6, 2023.

2.Plaintiff Johnny Young ("Plaintiff Young") is currently incarcerated within the Alabama Department of Corrections.  Plaintiff Young's deposition is scheduled to take place at St. Clair Correctional Facility on June 7, 2023.

3. Plaintiff Nathaniel Harris ("Plaintiff Harris") is currently incarcerated within the Alabama Department of Corrections. Plaintiff Harris' deposition is scheduled to take place at St. Clair Correctional Facility on June 13, 2023.

4. Alvin Woods ("Woods") is currently incarcerated within the Alabama Department of Corrections. Wood's deposition is scheduled to take place at St. Clair Correctional Facility on June 15, 2023.

5. James Anthony Sparks ("Sparks") is currently incarcerated within the Alabama Department of Corrections. Sparks' depositions is scheduled to take place at Donaldson Correctional Facility on June 19, 2023.

6. Tyler Deonte Davis ("Davis") is currently incarcerated within the Alabama Department of Corrections. Davis' deposition is scheduled to take place at St. Clair Correctional Facility on June 20, 2023.

7. Rashi Mines ("Mines") is currently incarcerated within the Alabama Department of Corrections. Mines' deposition is scheduled to take place at St. Clair Correctional Facility on June 21, 2023.

8. Melvin Ray ("Ray") is currently incarcerated within the Alabama Department of Corrections. Ray's deposition is scheduled to take place at St. Clair Correctional Facility on June 29, 2023.

9. Thomas Dejuan Strother ("Strother") is currently incarcerated within the Alabama Department of Corrections. Strother's deposition is scheduled to take place at St. Clair Correctional Facility on July 6, 2023.

10. De'Andre Keon Fuller ("Fuller") is currently incarcerated within the Alabama Department of Corrections. Fuller's deposition is scheduled to take place at St. Clair Correctional Facility on July 7, 2023.

11. Decoreyon Markel Green ("Green") is currently incarcerated within the Alabama Department of Corrections. Green's deposition is scheduled to take place at Limestone Correctional Facility on July 12, 2023.

12. Jonathan Chase Bishop ("Bishop") is currently incarcerated within the Alabama Department of Corrections. Bishop's deposition is scheduled to take place at St. Clair Correctional Facility on July 18, 2023.

13. Kardrekus Rashad Dixon ("Dixon") is currently incarcerated within the Alabama Department of Corrections. Dixon's deposition is scheduled to take place at St. Clair Correctional Facility on July 19, 2023.

WHEREFORE, PREMISES CONSIDERED, the ADOC Officials respectfully request this Court grant them leave to take the depositions of the listed incarcerated persons.

Dated: June 2, 2023.

/s/ *William R. Lunsford*
William R. Lunsford

*One of the Attorneys for the ADOC Officials*

William R. Lunsford
Matthew B. Reeves
Lynette E. Potter
Kenneth S. Steely
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com

                    matt.reeves@butlersnow.com
                    lynette.potter@butlersnow.com
                    kenneth.steely@butlersnow.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 2nd day of June, 2023:

| | |
|---|---|
| Antony L. Ryan (*pro hac vice*) | Bryan A. Stevenson |
| Lauren Rosenberg (*pro hac vice*) | Charlotte R. Morrison |
| Helam Gebremariam (*pro hac vice*) | Benjamin Schaefer |
| Charles Bloom (*pro hac vice*) | Sofia V. McDonald |
| Scott Cohen (*pro hac vice*) | **EQUAL JUSTICE INITIATIVE** |
| Charlotte Rothschild (*pro hac vice*) | 122 Commerce Street |
| Sarah Edwards (*pro hac vice*) | Montgomery, Alabama 36104 |
| Michael Addis (*pro hac vice*) | Telephone: (334) 269-1803 |
| Rory Leraris (*pro hac vice*) | Facsimile: (334) 269-1806 |
| **CRAVATH, SWAINE & MOORE LLP** | bstevenson@eji.org |
| 825 Eighth Avenue | cmorrison@eji.org |
| New York, New York 10019 | bschaefer@eji.org |
| Telephone: (212) 474-1000 | smcdonald@eji.org |
| Facsimile: (212) 474-3700 | |
| aryan@cravath.com | |
| lrosenberg@cravath.com | |
| hgebremariam@cravath.com | |
| cbloom@cravath.com | |
| scohen@cravath.com | |
| crothschild@cravath.com | |
| sedwards@cravath.com | |
| maddis@cravath.com | |
| rleraris@cravath.com | |

*Attorneys for Plaintiffs*

                                       */s/ William R. Lunsford*
                                       Of Counsel