UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **MARK DUKE, et al.,** } | |
| } | |
| **Plaintiffs,** } | |
| } | |
| v. } | Case No.: 4:14-CV-1952-RDP |
| } | |
| **JOHN HAMM, et al.,** } | |
| } | |
| **Defendants.** } | |

## AMENDED SCHEDULING ORDER

This matter is before the court on an informal report from the Special Master regarding the parties' proposed changes to the Scheduling Order. As a result of that report, the September 27, 2023 Scheduling Order (Doc. # 343) is **AMENDED** as follows:

1. **EXTENSIONS FOR THE DEADLINES SET FOR DISCOVERY CUTOFF AND DISPOSITIVE MOTIONS WILL NOT BE EXTENDED ABSENT GOOD CAUSE SHOWN.**

2. **Discovery:** Fact discovery is to be commenced in time to be completed by **December 31, 2023**. Before bringing any discovery matter to the court's attention, a party **MUST** comply with Section IV(B) of this court's Initial Order Governing All Further Proceedings, and then request a conference with the court.

3. **Expert Discovery:** Expert discovery is to be commenced in time to be completed by **March 29, 2024**. Initial expert reports from retained experts under Fed.R.Civ.P. 26(a)(2) due by **January 15, 2024**; Responsive expert reports due by **February 20, 2024**.

4. **Dispositive and Other Motions:** All potentially dispositive, class certification, and *Daubert* motions **SHALL** be filed by **March 29, 2024**. **Appendix II sets forth the briefing and**

**submission requirements of summary judgment motions for all parties.**[1] The court will not issue a briefing schedule order upon submission of a dispositive motion. Briefs in support of dispositive motions must be filed **within one (1) business day** of the filing of the dispositive motion and evidentiary submissions. **All briefs filed in support of or opposition to dispositive motions must contain citations to the evidentiary record by CM/ECF document and page number.** To the extent that a party responding to a dispositive motion relies on evidence that is not included in the moving party's evidentiary submission, the responding party must file that evidence on or before the day the opposition brief is due.

Responses to such motions **SHALL** be filed **on or before May 3, 2024**. Replies **SHALL** be filed **on or before May 17, 2024**.

5. **Final lists of witnesses and exhibits under Fed.R.Civ.P. 26(a)(3) SHALL** be filed __30__ days before trial.[2] The parties shall have __14__ days after service of final lists of witnesses and exhibits to file objections under Fed.R.Civ.P. 26(a)(3).

6. **Additional Conferences:** This case **SHALL** be Pretrial conference ready in **September 2024**.

**DONE** and **ORDERED** this October 18, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1] The parties should take note that the court's requirements for briefing dispositive motions have changed. *See* Requirements for Evidentiary Materials, ¶ 1, pg. 5.

[2] Unless specifically agreed by the parties or allowed by the court for good cause shown, the parties shall be precluded from offering substantive evidence through any witness not so listed. The listing of a witness does not commit the listing party to have such witness available at trial or to call such witness to testify, but does preclude the listing party from objecting to the presentation of such witness' testimony by another party.