# Exhibit A

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 4:14-cv-01952-RDP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Thomas Strother__
on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named individual as follows:
_____
on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: __Inmate refuse to sign AND Refused to sign fan Receive__.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11-9-23

_____
*Server's signature*

Thad Cooke (?)
*Printed name and title*

100 Warrior Lane Bessemer
*Server's address*

Additional information regarding attempted service, etc.: