IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARK DUKE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 4:14-cv-01952-RDP |
| ) | |
| JOHN HAMM, *et al.*, ) | UNOPPOSED |
| ) | |
| Defendants. ) | |

**THE ADOC OFFICIALS' MOTION FOR LEAVE TO
RESPOND TO STATEMENT OF INTEREST OF THE UNITED STATES**

Defendants John Hamm ("Commissioner Hamm"), Wendy Williams ("Dr. Williams"), Jenny Abbott ("Abbott"), LaGreta McClain ("McClain"), Phillip Mitchell ("Mitchell"), Darrel Fox ("Fox"), Christopher Webster ("Webster"), Omar Parker ("Parker"), and Bradley Howard ("Howard" and, together with Commissioner Hamm, Dr. Williams, Abbott, McClain, Mitchell, Fox, Webster, and Parker, the "ADOC Officials") hereby submit this Motion for Leave to Respond to Statement of Interest of the United States (Doc. 467, "Statement of Interest"). As grounds for this Motion, the ADOC Officials state as follows:

1. On May 23, 2024, the ADOC Officials filed their Motion for Summary Judgment and brief in support thereof. (Docs. 418, 431).

2. On June 26, 2024, Plaintiffs Mark Duke, Johnny Young, Nathaniel Harris, Benny Jones and Robert Carlile (collectively, "Plaintiffs") submitted their Memorandum of Law in Opposition to the ADOC Officials' Motion for Summary Judgment. (Doc. 465).

3. The Court set July 15, 2024 as the deadline for the ADOC Officials' to submit their reply brief in support of their Motion for Summary Judgment. (Doc. 435).

4. On July 3, 2024, the United States, a non-party, submitted the Statement of Interest to the Court. (Doc. 467).

5. In its Statement of Interest, the United States opposes the ADOC Officials' Motion for Summary Judgment and requests this Court "consider this Statement of Interest in applying the Eighth Amendment to this case." (Doc. 467, 17). The Statement of Interest seeks to support Plaintiffs' opposition to the ADOC Officials' Motion for Summary Judgment. (See, e.g., id., 6) ("Here, Plaintiffs have alleged facts that show both a substantial risk of serious harm to prisoners at St. Clair and [the ADOC Officials'] deliberate indifference to that risk."). Thus, the ADOC Officials request the Court grant them leave to respond to the arguments presented by the United States.

6. The ADOC Officials are preparing a reply brief and statement of facts related to their Motion for Summary Judgment to comply with the Court's July 15, 2024 briefing deadline. To permit the ADOC Officials time to conclude their reply briefing and fully respond to the Statement of Interest, the ADOC Officials request until July 22, 2024 to submit a response to the Statement of Interest.

7. Prior to filing this motion, counsel for the ADOC Officials conferred with counsel for Plaintiffs who stated Plaintiffs "take no position with respect to this motion." Counsel for the ADOC Officials also conferred with counsel for non-party, the United States, who stated "the United States filed its Statement of Interest as an amicus curiae brief related to ADOC Officials' Motion for Summary Judgment and defers to the Court on ADOC Officials' Motion for Leave to Respond."

WHEREFORE, PREMISES CONSIDERED, the ADOC Officials respectfully request this Court grant them leave to respond to the Statement of Interest by no later than July 22, 2024.

Dated: July 3, 2024

/s/ *William R. Lunsford*
William R. Lunsford
*One of the Attorneys for the ADOC Officials*

William R. Lunsford
Matthew B. Reeves
Lynette E. Potter
Daniel J. Chism
William J. Cranford, III
Kenneth S. Steely
Clifford Z. Stafford
Andrew T. Toler
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
lynette.potter@butlersnow.com
daniel.chism@butlersnow.com
will.cranford@butlersnow.com
kenneth.steely@butlersnow.com
zane.stafford@butlersnow.com
andrew.toler@butlersnow.com

Keith J. Fernandez
**BUTLER SNOW LLP**
445 North Boulevard
Suite 300
Baton Rouge, Louisiana 70802
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
keith.fernandez@butlersnow.com

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system and/or by electronic mail on this 3rd day of July, 2024:

Lauren Rosenberg *(pro hac vice)*
Helam Gebremariam *(pro hac vice)*
Charles Bloom *(pro hac vice)*
Scott Cohen *(pro hac vice)*
Charlotte Rothschild *(pro hac vice)*
Sarah Edwards *(pro hac vice)*
Michael Addis *(pro hac vice)*
Philip Duggan *(pro hac vice)*
Kathleen Young *(pro hac vice)*
Justin Clarke *(pro hac vice)*
Antony Ryan *(pro hac vice)*
Elizabeth Schmitz *(pro hac vice)*
Margaret Anderson *(pro hac vice)*
Melissa Syring *(pro hac vice)*
Jane Ramage *(pro hac vice)*
Allison Tilden (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
lrosenberg@cravath.com
hgebremariam@cravath.com
cbloom@cravath.com
scohen@cravath.com
crothschild@cravath.com
sedwards@cravath.com
maddis@cravath.com
pduggan@cravath.com
keyoung@cravath.com
jcclarke@cravath.com
aryan@cravath.com
eschmitz@cravath.com
meanderson@cravath.com
msyring@cravath.com
jramage@cravath.com
atilden@cravath.com

Bryan A. Stevenson
Charlotte R. Morrison
Benjamin H. Schaefer

Kerry K. Dean
Matthew J. Donnelly
George Eppsteiner
Curtis Harris
Eileen Ulate
**UNITED STATES DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 258-3036
kerry.k.dean@usdoj.gov
matthew.donnelly@usdoj.gov
george.eppsteiner@usdoj.gov
curtis.harris@usdoj.gov
natasha-eileen.ulate@usdoj.gov

Carla Ward
Jason R. Cheek
**UNITED STATES ATTORNEY'S OFFICE**
1801 Fourth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 244-2185
Facsimile: (205) 244-2181
carla.ward@usdoj.gov
jason.cheek@usdoj.gov

*Attorneys for non-party United States*

Sofia V. McDonald
**EQUAL JUSTICE INITIATIVE OF ALABAMA**
122 Commerce Street
Montgomery, Alabama 36104
Telephone: (334) 269-1803
Facsimile: (334) 269-1806
bstevenson@eji.org
cmorrison@eji.org
bschaefer@eji.org
smcdonald@eji.org

*Attorneys for Plaintiffs*

/s/ William R. Lunsford
Of Counsel