# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MARK DUKE, *et al.*, | * |
| Plaintiffs, | * |
| vs. | * |
| | *   Civil Action No: 4:14-cv-01952-RDP |
| JOHN HAMM, *et al.*, | *   Unopposed |
| Defendants. | * |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Plaintiffs respectfully move the Court for leave to file Plaintiffs' Supplemental Briefing Regarding En Banc Decision in *Wade v. McDade* (the "Brief") under seal. In support of this motion, Plaintiffs state the following:

1. Plaintiffs' Brief contains information that Defendants have previously designated as confidential in connection with the parties' briefing on summary judgment and class certification.

2. Such information includes discussion of Defendants' correctional practices and the physical state of the St. Clair Correctional Facility.

3. Concurrently herewith, Plaintiffs have filed on the public docket a version of the Brief that redacts the information Defendants have designated as confidential. Plaintiffs have also concurrently transmitted the unredacted Brief to the Court via e-mail.

4. Plaintiffs make this motion without conceding that the information proposed to be filed under seal warrants protection under the Stipulated Protective Order

(Doc. 40) and/or the Stipulated Consolidated Protective Order (Doc. 229), and reserve their rights to move to unseal the Brief if they deem such a motion appropriate as the litigation proceeds.

For the foregoing reasons, the undersigned respectfully request that this Court grant Plaintiffs leave to file the Brief under seal.

Dated:  July 25, 2024

/s/ *Charlotte Morrison*
Charlotte R. Morrison
Equal Justice Initiative
122 Commerce Street
Montgomery, Alabama 36104
Telephone:  (334) 269-1803
Facsimile:  (334) 269-1806
cmorrison@eji.org

/s/ *Antony Ryan*
Antony L. Ryan (*pro hac vice*)
Lauren M. Rosenberg (*pro hac vice*)
Helam Gebremariam (*pro hac vice*)
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
aryan@cravath.com
lrosenberg@cravath.com
hgebremariam@cravath.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

          I hereby certify that a true and correct copy of the foregoing document is being served by electronic mail to the designated counsel of record in the above-captioned action on this 25th day of July, 2024.

By:                                              /s/ *Antony Ryan*
                                                Antony L. Ryan
                                                Cravath, Swaine & Moore LLP
                                                Two Manhattan West
                                                375 Ninth Avenue
                                                New York, NY 10001
                                                Telephone: (212) 474-1000
                                                Facsimile: (212) 474-3700